



YISROEL SCHULMAN, ESQ.
President & Attorney-in-Charge

August 21, 2013

BY FAX: (212) 805-6304
The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: A.R. v. Dep't of Educ.; 12 Civ. 4493 (PAC)

Dear Judge Crotty:

  On behalf of Plaintiff A.R., I am writing to respectfully request information concerning when the Court expects to enter a decision in the above-captioned case.

  Pursuant to Rule #3 N of Your Honor's Individual Practices, if a motion is not decided within 120 days of the time it is fully submitted, counsel for either party may send a letter to the Court to call this fact to the Court's attention. The Motion for Summary Judgment in the above-captioned case was fully submitted to the Court on April 15, 2013.

  Thank you for your consideration of this matter.

                Respectfully,

                Phyllis Brochstein, Esq.
                Attorney for Plaintiff

cc: John Buhta, Esq.
  Attorney for Defendant